FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 APR -9 PM 3: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 3:12-cr-55-J-34JBT
Ct. 1:  18 U.S.C. § 930(a)

RALPH JIM SUAREZ

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about October 19, 2011, at Duval County, in the Middle District of Florida,

RALPH JIM SUAREZ,

the defendant herein, did knowingly possess and cause to be present a dangerous weapon in a Federal facility. Specifically, the defendant entered a Federal Bureau of Investigation building in Duval County, Florida, while knowingly possessing an air pistol and kubotan fighting stick.

In violation of Title 18, United States Code, Section 930(a).

ROBERT E. O'NEILL
United States Attorney

By: *[signature: Kevin C. Frein]*
KEVIN C. FREIN
Assistant United States Attorney

By: *[signature]*
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division