FILED

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA 2012 APR 25 PM 2: 55

JACKSONVILLE DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

RALPH JIM SUAREZ
282 Melissa Ray Drive
Jacksonville, Florida 32225

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 3:12-cr-55-J-JBT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room Courtroom 5A |
|---|---|
| United States District Court<br>300 North Hogan Street, Suite 9-150<br>Jacksonville, Florida 32202-4271<br>Before The Honorable Judge | Date and Time<br>April 25, 2012 @ 2:30 pm. |

To answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title 18, United States Code, Section(s) 930(a).

Brief description of offense: possession of a weapon in a Federal facility

_E. Ma_____
Signature of Issuing Officer

4/10/12
Date

E. Morin, Deputy Clerk
Name and Title of Issuing Officer

**At the time of your arraignment, you will be called upon to enter a plea to the charges, and your attorney should be present.**

*Upon receipt,* you must contact the U.S. Pretrial Services Office at 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202-4265, (904) 301-6400 or (800) 786-0182, to schedule a Pretrial Services interview.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Date
Service was made by me on:[1] 4/12/12

Check the one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: ▓▓▓ ▓▓▓▓ ▓▓▓, Fernandina Beach Fl

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/25/12
             Date

SEAN M. O'DONOVAN
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.